IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-CR-00020 |
| Plaintiff, | **INDICTMENT** |
| vs. | **Count 1** |
| DALTON JAMES GRIEBEL, | 21 U.S.C. § 841(a)(1) Distribution of a Controlled Substance |
| Defendant. | |

The Grand Jury charges:

## Count 1

### Distribution of a Controlled Substance

On or about April 5, 2022, in the Northern District of Iowa, defendant DALTON JAMES GRIEBEL did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

TIMOTHY T. DUAX
United States Attorney

By: /s/ Nicole Nagin

NICOLE L. NAGIN
Special Assistant United States Attorney

A TRUE BILL

/s/Foreperson     03-21-2023
Grand Jury Foreperson    Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 3/21/2023