UNITED STATES DISTRICT COURT
FOR THE
<u>Northern District of Iowa</u>

RECEIVED
MAY 13 2024
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

<u>Griebel, Dalton James</u>,
    Defendant,
_____/

Case No.: <u>0862 1:23Cr60020-001</u>

MOTION FOR MODIFICATION OR REDUCTION OF SENTENCE

PURSUANT TO 18 U.S.C. § 3582(c)(2)

(GUIDELINE AMENDMENT NO. 821)

    I hereby request a modification or reduction of my sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the United States Sentencing Guidelines. First, Amendment 821 decreases "Status Points" by one point for defendants with seven or more criminal history points and eliminated "Status Points" for defendants with six or fewer criminal history points. "Status Points" are those points that were applied under then United States Sentencing Guideline (U.S.S.G.) § 4A1.1(d) if the defendant committed his or her federal offense while on probation, parole, supervised release, imprisonment, work release, or escape status. Second, Amendment 821 provides for a decrease of two offense levels for "Zero-Point Offenders" (no criminal history points), whose offense did not involve specific aggravating factors. The change is retroactive as of November 1, 2023, and has an effective date of February 1, 2024. In support of this motion, I state as follows:

1. I am serving a current term of imprisonment at Federal Correctional Institution Milan, located in Milan, Michigan.

2. My presentence report:

   ✓ included "Status Points" in the calculation of my criminal history score under then - U.S.S.G. § 4A1.1(d).

   - scored me as having zero criminal history points.

3. I was sentenced in _Northern District of Iowa_ on _1/31/2024_ to a term of _121_ months in prison.

4. My projected release date is _10-26-2031_. I understand that the Amendment does not authorize release of any defendant before February 1, 2024.

5. I hereby request a court-appointed attorney. I understand appointment of counsel is discretionary with the Court. I request the Court to allow me to proceed forma pauperis.

Signature of Petitioner: _[signature]_     Date: _5-8-2024_
Print or Type Name: _Dalton Griebel_     Reg. No. _51670-510_
Current Address: _FCI Milan P.O Box 1000 Milan Michigan 48160_

NAME Dalton Griebel
REG. NO. 51670-510
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
9 MAY 2024 PM 8 L

5.9.24 EB

XRAYED US MARSHALS SERVICE

U.S. District Court for the Northern
District of Iowa
Attn: Clerk for the Honorable Judge
Williams
111 Seventh Ave., SE
Cedar Rapids, IA 52401-2101